IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>                             Plaintiff,<br><br>    v.<br><br>**JOHN DOE, subscriber assigned IP address, 98.252.113.155**<br><br>                             Defendant. | No. 1:15-cv-01954 AWI-SKO<br><br>**ORDER ENTERING DISMISSAL WITHOUT PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)** |

   On December 30, 2015, Plaintiff Malibu Media, LLC filed the complaint in this matter. Doc. 1. No answer has been filed. On April 20, 2016, Plaintiff filed a notice of dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Federal Rule of Civil Procedure 41(a)(1)(B), such notice operates as a dismissal without prejudice.

   Based on Plaintiff's notice, this action is dismissed without prejudice. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:  April 21, 2016                                     _____
                                                                          SENIOR  DISTRICT  JUDGE

1